USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/21/2023

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **PHILADELPHIA INDEMNITY INSURANCE COMPANY**<br><br>          **Plaintiff**<br><br>v.<br><br>**CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.**<br><br>          **Defendant** | CIVIL ACTION<br><br>NO. 1:22-cv-09730 |

## ORDER

AND NOW, this 21st day of February, 2023, upon consideration of the Stipulation to Amend Complaint (the "Stipulation") submitted by Plaintiff, Philadelphia Indemnity Insurance Company, and Defendant, Consolidated Edison Company of New York, Inc., it is **ORDERED** that the Second Amended Complaint attached as Exhibit "A" to the Stipulation is deemed filed as of the date of this Order.

**SO ORDERED.**

Dated: February 21, 2023
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge